```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  EL DORADO DIVISION
```

ROGER LEWIS COULTER                                    PLAINTIFF

v.                      Case No. 01-1125

LARRY NORRIS, Director,
Arkansas Department of Corrections                     DEFENDANT

## ORDER

Currently before the Court is a motion filed by Plaintiff's court appointed attorney, E. Alvin Schay, requesting the Court's consideration of an increase in the CJA 30 attorney compensation rate. (Doc. 33.) Upon due consideration, the motion is GRANTED. Accordingly, Mr. Schay's CJA 30 attorney compensation rate should be and hereby is increased to $160.00 per hour, including travel.

IT IS SO ORDERED this 22nd day of November 2005.


                                    /S/ Harry F. Barnes
                                    Harry F. Barnes
                                    United States District Judge