IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROGER LEWIS COULTER                                         PETITIONER

v.                          Case No. 01-1125

LARRY NORRIS, Director,
Arkansas Department of Corrections                          RESPONDENT

## **ORDER**

Currently before the Court are two motions filed by Respondent, a Motion to Lift Stay (Doc. 36) and a Motion for Summary Judgment (Doc. 37). For the reasons that follow, the motions are DENIED as provided herein.

In the Court Order dated May 24, 2004, this Court dismissed the single unexhausted claim and stayed the remaining exhausted claims, holding the petition in abeyance. (Doc. 28.) The stay was predicated on the condition that Petitioner affirmatively seek relief on the unexhausted claim from the state of Arkansas within 90 days of the date of the Order and that Petitioner act within 90 days of the full exhaustion of the unexhausted claim at the state level to seek to have the stay lifted by this Court on the remaining claims. *Id.*

On February 9, 2006, the Arkansas Supreme Court issued a denial of Petitioner's Motion to Recall the Mandate or, Alternatively, for a Writ of *Error Coram Nobis*. *Coulter v. State,* 2006 WL 301082 (Ark.). Petitioner has stated that the petition for rehearing was due on February 27, 2006. (Doc. 39, Response to Motion to Lift Stay and Motion for Summary Judgement, p.2.) Additionally, a petition

for writ of *certiorari*, if one becomes necessary, will be due 90 days following a denial of rehearing by the Arkansas Supreme Court. *Id.*

As the state proceedings have not become final, full exhaustion has yet to occur. Petitioner has 90 days after full exhaustion to request the stay be lifted. Respondent's request for the stay to be lifted is premature. Based on the foregoing, Respondent's Motion to Lift Stay and Respondent's Motion for Summary Judgment are DENIED as premature.

IT IS SO ORDERED this 22nd day of March 2006.

/S/ Harry F. Barnes
Harry F. Barnes
United States District Judge

AO72A
(Rev. 8/82)