IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROGER LEWIS COULTER                                              PETITIONER

v.                           Case No. 01-1125

LARRY NORRIS, Director,
Arkansas Department of Corrections                               RESPONDENT

## **ORDER**

Currently before the Court is Petitioner's motion for order permitting access to Petitioner for psychiatric and psychological evaluations (Doc. 41), and Respondent's response (Doc. 42). The motion is DENIED as provided herein.

In the Court Order dated May 24, 2004, this Court dismissed the single unexhausted claim (mental retardation claim) and stayed the remaining exhausted claims, holding the petition in abeyance. (Doc. 28.) The stay was predicated on the condition that Petitioner affirmatively seek relief on the unexhausted claim from the state of Arkansas within 90 days of the date of the Order and that Petitioner act within 90 days of the full exhaustion of the unexhausted claim at the state level to seek to have the stay lifted by this Court on the remaining claims. *Id.*

As of this date, Petitioner has not requested the Court to lift the stay. Petitioner's current motion appears to deal directly with an attempt to support the dismissed mental retardation claim. The current motion is not properly before this Court, as Petitioner's case is currently stayed and the mental retardation claim has been dismissed. Therefore, the motion is DENIED.

IT IS SO ORDERED this 13th day of November 2006.

                                     /S/ Harry F. Barnes
                                     Harry F. Barnes
                                     United States District Judge

AO72A
(Rev. 8/82)