IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROGER LEWIS COULTER                                                               PETITIONER

V.                             CIVIL NO. 1:01-cv-01125

WENDY KELLEY, Director
Arkansas Department of Corrections                                               RESPONDENT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Petitioner Roger Lewis Coulter's Second Amended Petition for Writ of Habeas Corpus (ECF No. 44) is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED** this 31st day of March 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge