IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROGER LEWIS COULTER                                              PETITIONER

v.                        Civil No. 1:01-CV-01125

WENDY KELLEY, Director,
Arkansas Department of Corrections                               RESPONDENT

## ORDER

In accordance with the Mandate of the United States Court of Appeals for the Eighth Circuit entered on December 6, 2017 (ECF No. 193), Petitioner Roger Lewis Coulter's Second Amended Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT**.

IT IS SO ORDERED this 13th day of December 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge